In the Matter of Woodside Manor Nursing Home et al., Appellants, v Nirav R. Shah, M.D., Commissioner of Health, State of New York, et al., Respondents.

Submitted January 5, 2014; decided January 8, 2015

Motion by New York State Health Facilities Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three

copies of the brief must be served and an original and nine copies filed within seven days.